**Dismissed and Memorandum Opinion filed August 8, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00348-CV

## IN THE MATTER OF THE MARRIAGE OF DAVID ALLEN GARZA AND BRITTANY GARZA

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 95212-F**

## MEMORANDUM  OPINION

This is an appeal from a final decree signed March 27, 2019. The clerk's record was filed May 20, 2019. The reporter's record was not filed.

On June 20, 2019, this court issued an order stating that unless appellant filed a brief on or before July 22, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant